IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01207-AP

MARK E. WILTING,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

K. Machelle Gielarowski
712 N. Tejon St., Ste. 1
Colorado Springs, CO 80903
(719) 264-0729
Fax: (719) 328-1382
Giellaw@comcast.net

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

KRISTI J. DENNEY
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-7182
Facsimile: (303) 844-0770
kristi.denney@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed:  May 26, 2009
    B.     Date Complaint Was Served on U.S. Attorney's Office: June 17, 2009
    C.     Date Answer and Administrative Record Were Filed: August 18, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

At this time, the parties do not know of any additional evidence they intend to submit.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

    A.     **Plaintiff's Opening Brief Due:**         **October 9, 2009**

    B.     **Defendant's Response Brief Due:**     **November 5, 2009**

    C.     **Plaintiff's Reply Brief (If Any) Due: November 20, 2009**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement:  Plaintiff does not request oral argument.

      B.      Defendant's Statement:  <u>Defendant does not request oral argument.</u>

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.    ( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    (  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**    **OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(A) by conferring, or making reasonable, good faith efforts to confer, with opposing counsel or *pro se* party before filing the motion.

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of September, 2009.

                              BY THE COURT:

                              <u> *s/John L. Kane* </u>
                              U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

 s/ K. Machelle Gielarowski (with permission)
K. Machelle Gielarowski
712 N. Tejon St., Ste. 1
Colorado Springs, CO 80903
(719) 264-0729
Fax: (719) 328-1382
Giellaw@comcast.net

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By:     s/ Kristi J. Denney
        Kristi J. Denney
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-7182
        (303) 844-0770 (facsimile)
        kristi.denney@ssa.gov